ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | ) | Chapter 7 |
|---|---|---|
| LISA, DAVID G. | ) | Case No. 2:04-bk-19179-RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor. | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

ANTHONY H. MASON, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 12/18/2009 | Bank of America<br>PO Box 3092<br>Utica, NY 13504 | $919.95 |
| 111 | 12/18/2009 | ExxonMobile/MBGA<br>7840 Roswell Road<br>Atlanta, GA 30350 | $1,198.00 |
| 113 | 12/18/2009 | Mercer County Registry<br>Superior Court Clerk's Office<br>Judgment Unit, PO Box 971<br>Trenton NJ 08625 | $932.00 |
| 114 | 12/18/2009 | Union County Supreme Court<br>2 Broad Street<br>Elizabeth, NJ 07207 | $5,116.00 |
| 118 | 12/18/2009 | Bank of America<br>PO Box 3092<br>Utica, NY 13504 | $106.99 |

Case 2:04-bk-19179-RJH   Doc 58   Filed 04/20/11   Entered 04/20/11 12:57:56   Desc
Main Document    Page 1 of 2

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 122 | 12/18/2009 | ExxonMobile/MBGA<br>7840 Roswell Road<br>Atlanta, GA 30350 | $139.33 |
| 124 | 12/18/2009 | Mercer County Registry<br>Superior Court Clerk's Office<br>Judgment Unit, PO Box 971<br>Trenton NJ 08625 | $108.39 |
| 125 | 12/18/2009 | Union County Supreme Court<br>2 Broad Street<br>Elizabeth, NJ 07207 | $594.98 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $9,115.64 to the Clerk of the Court to be deposited in the Registry thereof.

April 11, 2011                                    /s/ Anthony H. Mason
DATE                                              ANTHONY H. MASON, TRUSTEE